445 A.2d 106

**ESTATE OF Richard L. EWING, Deceased.**

**Appeal of Gordon H. EWING and Helen Ewing Griffith.**

Supreme Court of Pennsylvania.

Argued April 15, 1982.

Decided May 21, 1982.

William L. Huganir, Norristown, for appellant.

Edward J. Kaier, I. Steers, Jr., E. Brooks Keffer, Jr., Philadelphia, for Provident Nat. Bank.

Joseph L. Monte, Jr., William G. Halligan, Media, for Neil DeRiemer, et al.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## DECREE

PER CURIAM.

Decree affirmed. Each party pay own costs.